FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 JAN 10 PM 4:37

JEFFREY P. COLWELL
CLERK

BY________DEP. CLK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. ~~16~~ 17-cv-98
(To be supplied by the court)

Jacqueline Santistevan, Plaintiff,

v.

officer Lane ~~morrison~~ 8.,

officer munson,

Sgt moore,

Sgt Salina,

~~AA~~ internal Afairs Carla,

Commi Joe montoya,

__________,

__________, Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

on July 26 July 29 x2 and Decembe 1 2015
On July 31 2015
I was take to Hospitals on Defimation
and false Reports when I had
a Judge order from 2004 case##
for parenting time I'v been try to address
for 13 years. office lane stated I was
seeing 'Satelites

**PARTIES**

1. Plaintiff Jacqueline Santistevan is a citizen of Colorado who presently resides at the following address:

2. Defendant mevasion, [illegible] is a citizen of Denver who live(s) at or is/are located at the following address:

3. Defendant Sgt more is a citizen of Denver who live(s) at or is/are located at the following address:

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:
42-1985 conspiracy to interfere with civil Right
42-1986 neglect of Dutie
42-1984
Defimation of cariter - Sabotoge

5. Briefly state the background of your case:
accessor [illegible]

**REQUEST FOR RELIEF**

Plaintiff requests the following relief: Compensated & and Reinbursment Damages
punitive Damage
interferen Damages
menta angush Damage
in Treble! officer, Sgt, LT and comanders should be dischared dishonorably for law enforcment Entity for Refusal to keep the community safe

Date: 1-10-17

Jacquline Santistevan
(Plaintiff's Original Signature)

4666 S. Grant St
(Street Address)

Denver CO 80209
(City, State, ZIP)

(Telephone Number)

LUTHERAN MEDICAL CENTER
8300 W 38th Ave
Wheat Ridge CO 80033

Exibits

SANTISTEVAN,JACQUELINE J
MRN: M1510249
DOB: 7/6/1985, Sex: F
Adm: 7/31/2015, D/C: 8/1/2015

**ED Provider Notes by Nathan P Karber, MD at 7/31/2015 6:56 PM**

| | | |
|---|---|---|
| Author: Nathan P Karber, MD | Service: Emergency Medicine | Author Type: Physician |
| Filed: 7/31/2015 8:29 PM | Note Time: 7/31/2015 6:56 PM | Note Type: ED Provider Notes |
| Status: Signed | Editor: Nathan P Karber, MD (Physician) | |




www.Ergentus.com

**Exempla Good Samaritan Medical Center**
**200 Exempla Circle, Lafayette, CO**
**(303)689-4444**

**Exempla Lutheran Medical Center**
**8300 W. 38th Avenue, Wheat Ridge, CO**
**(303)425-2087**

**Patient:** Jacqueline J Santistevan **DOB:** 7/6/1985
**MRN:** M1510249 **CSN:** 159120114

**PCP:** Kp Pcp (General)
**Date:** 07/31/2015

## CHIEF COMPLAINT

**Chief Complaint**
Patient presents with

- Mental Health Evaluation

## HPI

Jacqueline J Santistevan is a 30yr female who presents via police with altered mental status and erratic behavior. Per police, patient stated satellites were disrupting her thoughts, and accused each police officer's family of molesting her. Patient admits to marijuana use and meth use about 1 week ago. Patient is reporting sexual abuse as a child and wants to see her daughter because she is worried that her daughter has also been sexually abused. She claims that she was tortured and sold as a sex slave and got her head 'clear' while in prison for four years. She reports being seen at St. Joe's and Denver Health for the same complaint within the last week. Patient is uncooperative, requesting that she be released to continue her 'mission' on 50th and Federal: informing the public of her sexual assault. She states her uncle assaulted her, and believes she is married to her brother. She claims that a police report has not been filed and that she wants one filed. She is threatening to sue members of the ED for detaining her. Patient is unable to contribute further to history secondary to altered mental status.

## PAST MEDICAL HISTORY

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Hyperkalemia | |

## PAST SURGICAL HISTORY

LUTHERAN MEDICAL CENTER
8300 W 38th Ave
Wheat Ridge CO 80033

SANTISTEVAN,JACQUELINE J
MRN: M1510249
DOB: 7/6/1985, Sex: F
Adm: 7/31/2015, D/C: 8/1/2015

**ED Provider Notes by Nathan P Karber, MD at 7/31/2015 6:56 PM (continued)**

No past surgical history on file.

## FAMILY HISTORY

unknown

## SOCIAL HISTORY

**History**

Social History

- Marital Status: Married
    - Spouse Name: N/A
    - Number of Children: N/A
- Years of Education: N/A

Social History Main Topics

- Smoking status: Never Smoker
- Smokeless tobacco: Never Used
- Alcohol Use: No
- Drug Use: Yes
    - Special: Marijuana, Methamphetamines
- Sexual Activity: Not on file

Other Topics Concern

- Not on file

Social History Narrative

## CURRENT MEDICATIONS

**Prior to Admission medications**
Not on File

## ALLERGIES

No Known Allergies

## REVIEW OF SYSTEMS

Unable to obtain full review of systems secondary to altered mental status. See HPI for more details.

## PHYSICAL EXAM

**Vital Signs:**

**Triage Vitals**
None

Printed on 1/2/2017 8:56 AM Page 2

LUTHERAN MEDICAL CENTER
8300 W 38th Ave
Wheat Ridge CO 80033

SANTISTEVAN,JACQUELINE J
MRN: M1510249
DOB: 7/6/1985, Sex: F
Adm: 7/31/2015, D/C: 8/1/2015

**ED Provider Notes by Nathan P Karber, MD at 7/31/2015 6:56 PM (continued)**

**Vitals**

| BP | Pulse | Temp(Src) | Resp | SpO2 |
|---|---|---|---|---|
| 115/78 mmHg | 68 | 97.7 °F (36.5 °C) | 16 | 99% |

**Constitutional :** Well-developed, well-nourished female who is agitated, with tangential thoughts and erratic behavior. Non-toxic appearance.
**HENT:** Normocephalic, atraumatic, external ears normal, nares are clear, oropharynx is pink and moist, no oral exudates.
**Eyes:** PERRLA, EOMI, conjunctiva normal.
**Neck:** Normal range of motion, Supple, No meningismus.
**Cardiovascular:** Regular rate and rhythmn without murmur. Normal S1, S2.
**Thorax & Lungs:** Clear without rales, rhonchi or wheezes. Normal respiratory effort. No chest tenderness.
**Abdomen:** Bowel sounds normal, soft, non-tender, no masses, no pulsatile masses.
**Skin:** Warm, dry, no erythema, no rash.
**Back:** No tenderness, Normal ROM
**Extremities:** No edema, no tenderness, no cyanosis, no clubbing.
**Musculoskeletal:** Good range of motion in all major joints. No tenderness to palpation or major deformities noted.
**Neurologic:** Alert & oriented x 3, normal motor function, normal sensory function, no focal deficits noted.
**Psychiatric:** Agitated and combative, with tangential thoughts.

**LAB RESULTS**

urine toxicology pending

* Lab results were personally reviewed by me.

**PROCEDURES**

## VIOLENT RESTRAINT FACE TO FACE

I personally examined the patient Jacqueline J Santistevan at July 31, 2015 8:10 PM and assessed the following: the patient's immediate situation; the patient's reaction to the intervention; the patient's pre-existing medical conditions, physical disabilities, or other limitations; the patient's medical history, drugs, medications, and the most recent lab results; the patient's behavioral condition; the presence of new injuries; and the need to continue or terminate the restraint.

**Plan:** After evaluating the patient, it is my medical opinion that the current order for restraint can now be discontinued

**ED COURSE, ASSESSMENT AND PLAN**

Jacqueline J Santistevan is a 30yr female who presents with altered mental status and erratic behavior. She states she was sexually assaulted as a child, sold as a sex slave, forced to do drugs, and was brought to the ED by police today while waving signs on the street informing the public of her situation. Physical exam

Printed on 1/2/2017 8:56 AM Page 3

LUTHERAN MEDICAL CENTER
8300 W 38th Ave
Wheat Ridge CO 80033

SANTISTEVAN,JACQUELINE J
MRN: M1510249
DOB: 7/6/1985, Sex: F
Adm: 7/31/2015, D/C: 8/1/2015

**ED Provider Notes by Nathan P Karber, MD at 7/31/2015 6:56 PM (continued)**

reveals agitation and tangential thoughts, but is otherwise normal. Patient is placed in restraints for the safety of herself and others, and is given IM zyprexa. Behavioral health consulted. Toxicology screening is pending. Patient is otherwise remained hemodynamically stable. Critical care time for this patient was 30 minutes. Care signed out to Dr. Murphy. She will need a sober evaluation by the behavioral health team.

**CLINICAL IMPRESSION**

1. **Acute psychosis**

**Electronically signed by:**
Nathan Karber, MD
7/31/2015 8:25 PM

**Electronically signed by:**
Sarah Moore, scribe
7/31/2015 6:56 PM

I, Sarah Moore, am serving as a scribe to document services personally performed by Nathan Karber, MD, based upon my observations and the provider's statements to me. All documentation has been reviewed by the aforementioned doctor prior to being entered into the official medical record.

I, Nathan Karber, MD, attest that the above named individual is acting in scribe capacity, has observed my performance of the services and has documented them in accordance with my direction. The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me.

DISCLAIMER: This document was generated using voice recognition software. There may be errors in transcription.

**ED Provider Notes by Carla E Murphy, DO at 7/31/2015 8:07 PM**

Author: Carla E Murphy, DO | Service: Emergency Medicine | Author Type: Physician
Filed: 8/1/2015 5:58 AM | Note Time: 7/31/2015 8:07 PM | Note Type: ED Provider Notes
Status: Signed | Editor: Carla E Murphy, DO (Physician)

Patient received in sign out from Dr. Karber. Briefly, this is a 30yr female with aggressive behavior secondary to suspected methamhpetamine use today. She has a history of meth use, with known use the past week. she is waiting to become more cooperative after receiving zyprexa before behavioral health evaluation prior to disposition. Upon reevaluation at 2250, patient was verbally responsive to tactile stimuli. Subsequently, she is sleeping, and responds when questioned and further examined that, "I'm very comfortable and do not want to move right now." The patient is reported to be on mental health hold and will have behavioral health assessment.

Printed on 1/2/2017 8:56 AM
Page 4

LUTHERAN MEDICAL CENTER
8300 W 38th Ave
Wheat Ridge CO 80033

SANTISTEVAN,JACQUELINE J
MRN: M1510249
DOB: 7/6/1985, Sex: F
Adm: 7/31/2015, D/C: 8/1/2015

**ED Provider Notes by Carla E Murphy, DO at 7/31/2015 8:07 PM (continued)**

**Vitals**

| BP | Pulse | Temp(Src) | Resp | SpO2 |
|---|---|---|---|---|
| **(!)124/98 mmHg** | 99 | 97.7 °F (36.5 °C) | 16 | 93% |

**Electronically signed by:**
Carla E. Murphy, DO
7/31/2015 10:50 PM

**Electronically signed by:**
Garrett Smith
7/31/2015 8:08 PM

I, Garrett Smith, am serving as a scribe to document services personally performed by Carla E. Murphy, DO, based upon my observations and the provider's statements to me. All documentation has been reviewed by the aforementioned doctor prior to being entered into the official medical record.

I, Carla E. Murphy, DO, attest that the above named individual is acting in scribe capacity, has observed my performance of the services and has documented them in accordance with my direction. The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me.

DISCLAIMER: Please note that this chart was generated using voice recognition software; minor syntax or grammar errors may occur.

**ED Provider Notes by Danielle P Raeburn, MD at 8/1/2015 1:56 PM**

Author: Danielle P Raeburn, MD    Service: Emergency Medicine    Author Type: Physician
Filed: 8/1/2015 1:57 PM    Note Time: 8/1/2015 1:56 PM    Note Type: ED Provider Notes
Status: Signed    Editor: Danielle P Raeburn, MD (Physician)

The patient is on a mental health hold and psych is looking for placement. She needed additional Zyprexa IM 10mg during my shift. I have signed out to Dr. Lauro pending facility placement.

**ED Provider Notes by Joseph W Lauro, MD at 8/1/2015 2:20 PM**

Author: Joseph W Lauro, MD    Service: Emergency Medicine    Author Type: Physician
Filed: 8/1/2015 5:19 PM    Note Time: 8/1/2015 2:20 PM    Note Type: ED Provider Notes
Status: Signed    Editor: Joseph W Lauro, MD (Physician)

Patient checked out to me by Dr. Rayburn. Patient will be admitted to West Pines

Printed on 1/2/2017 8:56 AM    Page 5