IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00098-GPG

JACQUELINE SANTISTEVAN,

    Plaintiff,

v.

LANE, Officer,
MUNSON, Officer,
MOORE, Sgt.,
SALINA, Sgt.,
CARLA, Internal Affairs, and
JOE MONTOYA,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 22, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 22nd day of February, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/D. Kalsow
                      Deputy Clerk